Breitel, J.
(dissenting in part). The finding by the commissioner, invulnerable to judicial review, that appellant Boddie waved a loaded revolver at inmates under his charge in a local jail not only merited dismissal of Boddie, but would merit complaint against the commissioner if he retained Boddie in so sensitive a position. The waving of a loaded revolver at the inmates demonstrated unfitness for the position, and the sanction imposed was therefore proper (cf. Matter of Traber v. Feinstein, 39 A D 2d 643, affd. 32 N Y 2d 860). Moreover, it is suggested that humane considerations on behalf of helpless persons in custody should outweigh sympathy for a custodian who is so insensitive to his responsibility.
Accordingly, I dissent and vote to reverse on the commissioner’s appeal and to reinstate his determination.
Order affirmed.